Stephanie L. Cooper, Esquire
Nevada Bar No. 5919
THE COOPER CASTLE LAW FIRM
f/k/a THE COOPER CHRISTENSEN LAW FIRM, LLP
820 South Valley View Blvd.
Las Vegas, NV 89107
(702) 435-4175/(702) 435 4181 (facsimile)
Loan No. 8560702029 / Our File No. 07-09-8719

Attorney for Secured Creditor
Bridgelock Capital c/o Asset Foreclosure Services, Inc.

ECF filed on:

OCT 0 4 2007

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

ADALBERTO CANCIO,
MARIA A. GUERRERO,

Debtor(s)

CHAPTER 13
BANKRUPTCY NO.: 07-15249-BAM
DATE: November 01, 2007
TIME: 1:30 p.m.

## OBJECTIONS TO CONFIRMATION OF PROPOSED CHAPTER 13 PLAN

Bridgelock Capital c/o Asset Foreclosure Services, Inc. is a Secured Creditor in the above-entitled bankruptcy proceeding and hereby submits the following Objections to the Confirmation of that certain Chapter 13 Plan proposed by Debtors.

1. This objecting Creditor holds a security interest in the form of a 2nd deed of trust on the property located at 1101 Cold Harbor Drive, North Las Vegas, NV 89030.

2. As of the filing date of the instant bankruptcy petition on August 22, 2007, the amount in default pre-petition was $17,844.71; representing forty-seven (47) monthly payments, late charges, NSF charges (if any); advances for taxes and insurance (if any); and any foreclosure or Trustee's fees accrued with respect to the default.

3. The plan does not currently set forth the accurate amount for plan payment and does not propose to pay the arrearages to Bridgelock Capital c/o Asset Foreclosure Services, Inc. in a reasonable manner.

1      4. The Debtors are currently in contravention of 11 U.S.C. § 1322(b)(5) and the plan should not be confirmed as proposed.

     Any plan proposed by the Debtors must accommodate the accurate pre-petition arrearages as reflected above in order to be reasonable and correct. Additionally, any plan proposed by the Debtor should provide that payments to Bridgelock Capital c/o Asset Foreclosure Services, Inc. begin as expediently as possible and that the pre-petition arrearages be paid in their entirety prior to the expiration of sixty months.

     WHEREFORE, Secured Creditor prays as follows:

     (1) That confirmation of the proposed Chapter 13 plan be denied unless accommodation of the above-referenced numbers can be accommodated;

     (2) For attorneys fees and costs incurred herein in the amount of $490.00;

     (3) For dismissal of the Chapter 13 proceeding;

     (4) For any and all other relief that this Court deems appropriate.

Date: _____

_____
Stephanie L. Cooper, Esquire
Nevada Bar No.5919
THE COOPER CASTLE LAW FIRM
Attorney for Bridgelock Capital
c/o Asset Foreclosure Services, Inc.
820 South Valley View Blvd.
Las Vegas, NV 89107

1  Stephanie L. Cooper, Esquire
   Nevada Bar No. 5919
2  THE COOPER CASTLE LAW FIRM
   f/k/a THE COOPER CHRISTENSEN LAW FIRM, LLP
3  820 South Valley View Blvd.
   Las Vegas, NV 89107
4  (702) 435-4175/(702) 435 4181 (facsimile)
   Loan No. 8560702029 / Our File No. 07-09-8719
5
   Attorney for Secured Creditor
6  Bridgelock Capital c/o Asset Foreclosure Services, Inc.

7                    UNITED STATES BANKRUPTCY COURT
                            DISTRICT OF NEVADA
8

9  In re:

10     ADALBERTO CANCIO,              CHAPTER 13
       MARIA A. GUERRERO,             BANKRUPTCY NO.: 07-15249-BAM
                                      Date: November 01, 2007
11            Debtor(s)               Time: 1:30 p.m.
                                      MOTION NO.:
12

13  **DECLARATION OF MAILING OF SECURED CREDITORS OBJECTIONS TO
       CONFIRMATION OF PROPOSED CHAPTER 13 PLAN**

14          The undersigned hereby declares and certifies that on ___10/4___, 2007 a copy of
15  the Secured Creditors OBJECTIONS TO CONFIRMATION OF PROPOSED CHAPTER 13
    PLAN was served on the following parties by depositing a copy of the same in the United States
16  Mail, postage prepaid and addressed to:

17  Terry Leavitt, Esq.              Rick A. Yarnall
    601 S. 6th Street                Chapter 13 Trustee
18  Las Vegas, NV 89101              701 Bridger Avenue, Suite 820
                                     Las Vegas, NV 89101
19

20  ADALBERTO CANCIO
    MARIA A. GUERRERO
21  1101 Cold Harbor Drive
    North Las Vegas, NV 89030
22

    I declare under penalty of perjury that the foregoing is true and correct.
23
                        _____
24                      An employee of THE COOPER CASTLE LAW FIRM

25