1   Stephanie Cooper Christensen, Esquire
    Nevada Bar No. 5919
2   THE COOPER CASTLE LAW FIRM, LLP
    820 S. Valley View Blvd.
3   Las Vegas, NV 89107
    (702) 435-4175/(702) 435 4181 (facsimile)
4
    Attorney for Secured Creditor
5   BRIDGELOCK CAPITAL

6                    UNITED STATES BANKRUPTCY COURT
                        DISTRICT OF NEVADA
7   In re:

8     ADALBERTO CANCIO, MARIA A.          CHAPTER 13
      GUERRERO,
9                                         BANKRUPTCY NO.: 07-15249-BAM

10            Debtor(s)

11

12   **EX-PARTE APPLICATION FOR PRODUCTION OF DOCUMENTS AND
     EXAMINATION OF ADALBERTO CANCIO AND MARIA A. GUERRERO
13   PURSUANT TO BANKRUPTCY RULE 2004**

14
15  TO:   **ADALBERTO CANCIO, DEBTOR**

16  TO:   **MARIA A. GUERRERO, DEBTOR**

17  TO:   **TERRY V. LEAVITT, ESQ., ATTORNEY FOR THE DEBTORS**

18  TO:   **THE CLERK OF THE ABOVE-ENTITLED COURT**

19
            Secured Creditor, BRIDGELOCK CAPITAL, by and through its attorney Michael W.
20
    Chen. Esq., of The Cooper Castle Law Firm, LLP, hereby moves this Honorable Court for an
21
    order allowing the examination of the Debtors Adalberto Cancio and Maria A. Guerrero, and for
22
    the production of documents listed below, pursuant to Bankruptcy Rule 2004.
23
    / / /
24
    / / /
25

**<u>DOCUMENTS TO BE PRODUCED</u>**

1. Any and all proofs of payments (cancelled checks, money order receipts, check book carbons, check book ledgers, cashier's check stubs, etc.) spanning March 1996 thru August 2007 in regards to the mortgage loan originated March 19, 1996, in the original amount of $25,000.00, and as between Maria Guerrero and California Lending Group, Inc. dba United Lending Group and in regards to the real property known as 1101 Cold Harbor Dr. , N. Las Vegas, NV 89030.

2. Any and all mortgage payment coupons, monthly mortgage statements, Internal Revenue Service mortgage interest paid statements, and any and all mortgage correspondences/notices/post cards spanning March 1996 through August 2007 in regards to the mortgage loan originated March 19, 1996, in the original amount of $25,000.00, and as between Maria Guerrero and California Lending Group, Inc. dba United Lending Group and in regards to the real property known as 1101 Cold Harbor Dr. , N. Las Vegas, NV 89030.

3. Any and all documents relating in any way to the mortgage loan originated March 19, 1996, in the original amount of $25,000.00, and as between Maria Guerrero and California Lending Group, Inc. dba United Lending Group and in regards to the real property known as 1101 Cold Harbor Dr. , N. Las Vegas, NV 89030.

4. All filed Internal Revenue Service Form 1040 personal income tax returns filed by Adalberto Cancio and Maria A. Guerrero for the calendar year 1996, 1997, 1998, 1999, 2000, 2001, 2002, 2003, 2004, 2005, 2006 and 2007.

5. All bank statements for all bank accounts held by Adalberto Cancio and Maria A. Guererro spanning March 1996 through August 2007.

The document production is requested for July 11, 2008 at 9:30 am, at the offices of THE COOPER CASTLE LAW FIRM, LLP, 820 S. Valley View Blvd., Las Vegas, NV 89107.

1    The examination of the Debtors Adalberto Cancio and Maria A. Guerrero is requested for

2  July 14, 2008, at 1:30 pm, , at the offices of THE COOPER CASTLE LAW FIRM, LLP, 820 S.

3  Valley View Blvd., Las Vegas, NV 89107.

4    This Application is made to permit the Secured Creditor to examine the acts, conduct, and

5  property of the Debtor, the right to discharge, and any matter which affects the administration of the

6  estate.

7

8  Date: 6/24/08

9                                   _____
                                     Michael W. Chen, Esq.
10                                   Nevada Bar No. 7307
                                     THE COOPER CASTLE LAW FIRM, LLP
11                                   820 S. Valley View Blvd.
                                     Las Vegas, Nevada 89107
12                                   Attorney for Secured Creditor-
                                     BRIDGELOCK CAPITAL

13

14

15

16

17

18

19

20

21

22

23

24

25