**Entered on Docket**
**July 18, 2008**

*/s/ Bruce A. Markell*

**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

---

1  
2  
3  
4  
5  
6  Michael W. Chen, Esquire
   Nevada Bar No. 7307
7  THE COOPER CASTLE LAW FIRM, LLP
   820 South Valley View Boulevard
8  Las Vegas, Nevada 89107
   (702) 435-4175/(702) 435 4181 (facsimile)
9
   Attorney for Secured Creditor
10 BRIDGELOCK CAPITAL

11            UNITED STATES BANKRUPTCY COURT

12                   DISTRICT OF NEVADA

13 In re:

14 ADALBERTO CANCIO, MARIA        CHAPTER 13
   A. GUERRERO,
15                                BANKRUPTCY NO.: 07-15249-BAM
                                  DATE: 7/21/08
16         Debtor(s)               TIME: 9:30 a.m.

17                                 MOTION NO.:

18 **STIPULATION AND ORDER COMPROMISING CLAIM OF BRIDGELOCK CAPITAL**
19 **RE: EVIDENTIARY HEARING ON CONTESTED CONFIRMATION**

20    THIS MATTER HAVING been negotiated in good faith as between Secured Creditor
21 Bridgelock Capital and the Debtors Adalberto Cancio and Maria A. Guerrero, represented by
22 Michael W. Chen, Esq. of THE COOPER CASTLE LAW FIRM, LLP, and Terry A. Leavitt,
23 Esq., respectively;
24    IT IS STIPULATED TO, ORDERED, ADJUDGED AND DECREED that Bridgelock
25 Capital will reduce and amend its proof of claim dated October 4, 2007 to the amount of

1  $13,000.00. Said amount shall be accommodated by the Debtors in any proposed Chapter 13
2  plan of reorganization herein. Furthermore, this compromise of claim shall only be limited to the
3  instant Chapter 13 proceeding, and any subsequent dismissal of the case by the Court and/or
4  subsequent relief from the automatic stay obtained by Secured Creditor shall reinstate any waived
5  amounts in compromise described herein. Secured Creditor shall file an amended proof of claim
6  consummate with the above.
7      IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Court may vacate
8  the evidentiary portion of the contested confirmation hearing scheduled for July 21, 2008
9  pursuant to parties' settlement of the claim dispute. Furthermore, the parties and the Chapter 13
10 Trustee have agreed to continue the confirmation hearing date of July 21, 2008 to the next
11 available confirmation calendar on August 1, 2008 at 1:30 pm.

THE COOPER CASTLE LAW FIRM, LLP

By: _____  Date: 7/15/08
    Michael W. Chen, Esq.
    Attorney for Secured Creditor
    Bridgelock Capital.

APPROVED/DISAPPROVED

By: _____  Date: 7/16/08
    Terry A. Leavitt, Esq.
    Attorney for Debtors

APPROVED/DISAPPROVED

By: _____  Date: 7-17-08
    Rick A. Yarnall
    Standing Trustee